UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02700-CMA-MEH

CELESTE SANCHEZ,

    Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC.,
d/b/a Briarwood Health Care Center,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear her or its own fees and costs related to this action.

DATED this 8th day of April 2022.

| HKM EMPLOYMENT ATTORNEYS, LLP | MESSNER REEVES LLP |
|---|---|
| */s/ Shelby Woods* | */s/ Allison J. Dodd* |
| Shelby Woods | Allison J. Dodd |
| Claire E. Hunter | Kristina M. Wright |
| HKM Employment Attorneys LLP | Messner Reeves LLP-Denver |
| 730 17th Street, Suite 750 | 1430 Wynkoop Street, Suite 300 |
| Denver, Colorado 80202 | Denver, Colorado 80202 |
| Telephone: (720) 668-8969 | Telephone: (303) 623-1800 |
| swoods@hkm.com | adodd@messner.com |
| chunter@hkm.com | kwright@messner.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2022, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with the Court and served via CM/ECF on the following:

Allison J. Dodd
Kristina M. Wright
Messner Reeves LLP-Denver
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 623-1800
adodd@messner.com
kwright@messner.com

                                                      */s/ Jen Kern*
                                                      Jen Kern, Paralegal